IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH DIVISION

| | |
|---|---|
| JEFFREY S. TOMCIK, Plaintiff<br><br>v.<br><br>HIGHMARK HEALTH, a Pennsylvania Corporation, Defendant | Case No.  2:25-cv-0033-CCW<br><br><br>Hon. Christy Criswell Wiegand, presiding |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Jeffrey S. Tomcik in the above named case hereby appeals to the United States Court of Appeals for the Third Circuit from the Order and final judgment of the United States District Court for the Western District of Pennsylvania entered in this action as ECF#28 and ECF#29 on or about October 30, 2025.

Dated: November 11, 2025

By: /s/ Jeffrey Wertz
Jeffrey Wertz
PA Bar ID #78866
3935 Washington Rd – Unit 805
Canonsburg, PA  15317
412-477-1672 / jeff@aspen-law.com

*COUNSEL FOR PLAINTIFF*

1